IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DARAYL D. DAVIS,<br><br>Defendant,<br><br>and<br><br>AFFLUENT ADVISORY GROUP, LLC,<br><br>Relief Defendant. | Civil Action No. 17 C 9224 |

**FINAL JUDGMENT AS TO
RELIEF DEFENDANT AFFLUENT ADVISORY GROUP, LLC**

Upon Motion to Enter Final Judgment of Plaintiff United States Securities and Exchange Commission, the Court enters the following Final Judgment as to Affluent Advisory Group, LLC ("Relief Defendant"):

**I.**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Relief Defendant is liable for disgorgement of ill-gotten gains of $59,624, along with prejudgment interest of $9,746, for a total of $69,370. This amount shall be deemed satisfied by the judgment entered in *United States v. Davis*, No. 18-cr-25 (N.D. Ill) (Dkt. 164), which orders Defendant DaRayl D. Davis to pay restitution of $7,171,085.

## II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment.

Dated: <u>September 20, 2021</u>

<u>Martha M. Pacold</u>                <br>
UNITED STATES DISTRICT JUDGE